MARA W. ELLIOTT, City Attorney
GEORGE F. SCHAEFER, Assistant City Attorney
STACY J. PLOTKIN-WOLFF, Deputy City Attorney
California State Bar No. 174793
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone:  (619) 533-5800
    Facsimile:  (619) 533-5856
    sjpwolff@sandiego.gov

Attorneys for Defendants
CITY OF SAN DIEGO, et al.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRICE SIGHTLER, | Case No. 15cv2235 LAB (RNB) |
| Plaintiff, | **NOTICE OF APPEAL** |
| v. | |
| CITY OF SAN DIEGO, SDPD OFFICER DAVE NISLEIT, SDPD OFFICER BENJAMIN MCCURRY, and DOES 1-30, | Judge: Hon. Larry Alan Burns<br>Ctrm: 14A<br>Trial: Not Set |
| Defendants. | |

    Notice is hereby given that Defendants David Nisleit, Daniel McClain, Angela Johnson, Jill Hupp, Andrew Longen, and Levi Harbin (Defendants) in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from an Order Partially Granting Summary Judgment (ECF Doc. No. 85) entered in this action on March 28, 2018.

/////

/////

/////

/////

Defendants are appealing the District Court's denial of qualified immunity, as applied to Plaintiffs' claims pursuant to the Fourth and Fourteenth Amendments.

Dated: April 13, 2018              MARA W. ELLIOTT, City Attorney

By  */s/ Stacy J. Plotkin-Wolff*
    Stacy J. Plotkin-Wolff
    Deputy City Attorney
    sjpwolff@sandiego.gov

Attorneys for Defendants
CITY OF SAN DIEGO, et al.