1
2
3
4
5
6
7
8
# UNITED STATES DISTRICT COURT

9
## SOUTHERN DISTRICT OF CALIFORNIA

10  DEMETRICE SIGHTLER,                          CASE NO. 15cv2235-LAB (MSB)

11                              Plaintiff,      **ORDER ON REMAND**

12              vs.

13  CITY OF SAN DIEGO, et al.,

14                              Defendants.

15          In March 2018, this Court granted in part and denied in part Defendants' Motion

16  for Summary Judgment.  As relevant here, the Court found that the City of San Diego was

17  not liable for harms to Plaintiff Demetrice Sightler, but that there were triable issues of

18  fact as to whether the individual officers were liable.  It also held that the individual officers

19  were not entitled to qualified immunity.  The Ninth Circuit disagreed, finding that while

20  Sightler plausibly alleged the officers violated his Fourth Amendment rights, he had not

21  identified "sufficiently specific constitutional precedents to alert [Defendants that their]

22  particular conduct was unlawful."  *Shafer v. Cty. of Santa Barbara*, 868 F.3d 1110, 1118

23  (9th Cir. 2017).   Accordingly, the appellate court reversed with directions to enter

24  judgment in favor of the individual officers.

25          In light of the Ninth Circuit's ruling, no further proceedings are necessary in this

26  Court.  The clerk is directed to (1) spread the Ninth Circuit's mandate, (2) enter judgment

27  in favor of the City of San Diego and Officers Nisleit, McClain, Pimienta, Johnson, Longen,

28

and Harbin, and (3) close the case. The hearing currently scheduled for November 25, 2019 is **VACATED**.

       **IT IS SO ORDERED**.

Dated: October 21, 2019

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge