

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Demetrice Sightler | Civil Action No. 15-cv-02235-LAB-MSB |
| **Plaintiff,** | |
| V. | |
| See attachment | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment in favor of the City of San Diego and Officers Nisleit, McClain, Pimienta, Johnson, Longen, and Harbin.

Date: 10/21/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Exler
M. Exler, Deputy